UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS VASQUEZ,

                     Plaintiff,

   -against-

DENNIS W. HASTY, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV-1989 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2005 ★
BROOKLYN OFFICE

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 30, 2005, granting defendants' motion to dismiss; and and dismissing plaintiff's complaint in its entirety; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
        August 31, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations